**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-03085-AP

WILDEARTH GUARDIANS,
ALLIANCE FOR THE WILD ROCKIES,
BIODIVERSITY CONSERVATION ALLIANCE,
CONSERVATION CONGRESS,
FRIENDS OF ANIMALS,
FRIENDS OF THE CLEARWATER,
NATIONAL WOLFWATCHER COALITION, and
WESTERN WATERSHEDS PROJECT

    Petitioners,

v.

UNITED STATES FISH AND WILDLIFE SERVICE

    Respondent.

**MOTION TO TRANSFER VENUE TO THE DISTRICT OF WYOMING**

    The United States Fish and Wildlife Service hereby moves to transfer this case to the U.S. District Court for the District of Wyoming pursuant to 28 U.S.C. § 1404(a). For the reasons set forth in the accompanying memorandum in support, venue would be proper in the District of Wyoming and the interests of justice support resolution of this local issue in that forum. As required by D.C. COLO.LCiv.R. 7.1(A), counsel for Respondent conferred with counsel for Petitioners on December 3, 2012, in an attempt to resolve the disputed matter, but the parties were unable to resolve the dispute. Counsel for Petitioners indicated that Petitioners will oppose this motion and the transfer of this case to the U.S. District Court for the District of Wyoming.

DATED:  3rd day of December, 2012    Respectfully Submitted:

                                                  IGNACIA S. MORENO
                                                Assistant Attorney General

SETH M. BARSKY, Section Chief
BRIDGET KENNEDY MCNEIL, Trial Attorney

/*s/ Michael R. Eitel*/
MICHAEL R. EITEL, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1484 (McNeil); (303) 844-1479 (Eitel).  Fax: (303) 844-1350
Email: Bridget.McNeil@usdoj.gov; Michael.Eitel@usdoj.gov

*Attorneys for Respondent*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on December 3, 2012, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following counsel:

Jay Tutchton
jtutchton@wildearthguardians.org

        By: *Michael R. Eitel*
        Trial Attorney (Neb. Bar No. 22889)
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        999 18th Street, South Terrace, Suite 370
        Denver, Colorado 80294
        Tel: 303-844-1479 / Fax: 303-844-1350
        Email: Michael.Eitel@usdoj.gov